**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| KAITLYN WINSTEL | CIVIL ACTION NO.  12-2617 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| RICK SEATON, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's complaint be and is hereby **DISMISSED WITH PREJUDICE** in accordance with Fed.R.Civ.P. 41(b).

**THUS DONE AND SIGNED** in chambers, Shreveport, Louisiana,  this 16th day of December, 2013.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE